# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2189
_____

JUSTIN YOUNG,

    Appellant,

    v.

SCRUGGS, CARMICHAEL &
WERSHOW, P.A., a Corporation
and LOFTHOUSE, LLC, a Limited
Liability Company,

    Appellee.

_____

On appeal from the County Court for Alachua County.
Kristine J. Van Vorst, Judge.

August 23, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Markus A. Sermons of Sermons Law, PLLC, Orange Park, for Appellant.

Kirstin Jurecko Megraw of Scruggs, Carmichael & Wershow, P.A., Gainesville, for Appellee Lofthouse, LLC.